# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-523-MOC-DCK

| | |
|---|---|
| TZAMAL MEDICARE, LTD., ) <br> TZAMAL BIO-PHARMA LTD., and ) <br> TZAMAL MEDICAL LTD., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIAGNOSTIC DEVICES, INC. and ) <br> PRODIGY DIABETES CARE, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Stay Pending Litigation Of Annulment And/Or Reversal Of Foreign Judgment" (Document No. 4) filed September 19, 2012, and the parties' "Joint Motion To Stay" (Document No. 16) filed October 17, 2012. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, the undersigned will grant the "Joint Motion To Stay" and deny as moot "Defendant's Motion To Stay...."

Plaintiffs filed this action on August 17, 2012, requesting that the Court recognize a Foreign Judgment obtained against Defendants in Israel. (Document No. 1). Plaintiffs removed a separate related action filed by Defendants in the Superior Court of Mecklenburg County, North Carolina, to this Court on August 20, 2012. (3:12-cv-541-MOC-DCK; Document No. 1).

On September 19, 2012, "Defendants' Motion To Stay Pending Litigation Of Annulment And/Or Reversal Of Foreign Judgment" was filed requesting that this matter be stayed pending the resolution of a pending appeal of the related action in Israel. (Document No. 4). Pursuant to the

"Response To Defendant's Motion To Stay" (Document No. 14) and the parties' "Joint Motion To Stay" (Document No. 16), it now appears that the parties stipulate and agree that both actions in this Court should be stayed pending the resolution of the related litigation in the Israeli District Court of the Central Area. (Document No. 16).

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Stay Pending Litigation Of Annulment And/Or Reversal Of Foreign Judgment" (Document No. 4) is **DENIED AS MOOT**; and that the parties' "Joint Motion To Stay" (Document No. 16) is **GRANTED**. This matter is **STAYED** until otherwise ordered.

**IT IS FURTHER ORDERED** that the parties shall file a joint status report on or before **December 21, 2012**, and every ninety (90) days thereafter, unless otherwise ordered by the Court.

**SO ORDERED**.

Signed: October 18, 2012

David C. Keesler
United States Magistrate Judge